IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NICHOLAS JAMES ALEXANDER,

      Petitioner,

      v.

STEVE BROWN, Superintendent,

      Respondent.

_____

Civ. No. 3:18-cv-00510-MK

ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 33), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Petitioner did not file objections, the Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 33) is adopted. The petition is DENIED and the case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 3rd day of December, 2019.

                      _____/s/ Michael J. McShane_____
                            Michael McShane
                        United States District Judge